# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DESERAE GARCIA, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CAINE & WEINER COMPANY, INC., <br><br> Defendant. | Case No.: <br><br> 1:18-cv-02776-MHC-AJB |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Deserae Garcia, by and through undersigned counsel and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff and Defendant Caine & Weiner Company, Inc. The parties are in the process of finalizing this settlement, which they anticipate will be completed within the next sixty (60) days. Plaintiff therefore requests that this honorable Court vacate all dates currently set on the calendar for the present matter.

Submitted this 6th day of September, 2018

/s/ Jonathan B. Mason
Jonathan B. Mason, Esq.
Georgia Bar No. 475659
Mason Law Group, P.C.
1100 Peachtree St. NE, Ste 200
Atlanta, GA 30309
Phone: 404-920-8040
Fax: 404-920-8039
jmason@atlshowbizlaw.com
*Attorneys for Plaintiff*

## Certificate of Compliance With Local Rule 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 6th day of September, 2018.   Respectfully Submitted,

*/s/ Jonathan B. Mason*
Jonathan B. Mason
Georgia Bar No. 475659

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.


This 6th day of September, 2018   Respectfully Submitted,

*/s/ Jonathan B. Mason*
Jonathan B. Mason
Georgia Bar No. 475659